### BRACKNEY v. SHREVE, ATTORNEY FOR SMITH.

An action brought by an attorney, must be in the name of his principal, and not in his own name.

*Certiorari* to Justice ——— ———.

This action was brought in the name of Shreve, as attorney for George Smith.

Riggs et al. v. Tyson.

PER CURIAM. This is erroneous; the action should have been in the name of Smith, the principal.

Reverse the judgment.

NOTE.—See *Jones* v. *Hart's Executors*, 1 *Hen. & Munf.* 471, 476.

[34] RIGGS AND ANOTHER, EXECUTORS OF RIGGS, v. TYSON.